### John S. Miller vs. Samuel G. Huntington.

Proof of service of subpœna is not taxable where it is made only for the purpose of *being prepared* to move for an attachment, in case the witness does not attend.

Where on the first day of the circuit the cause was set down for a subsequent day, and the witness in the meantime returned home, held, that two charges for mileage were taxable.

In addition to the charge of fifty cents, for serving costs with notice of taxation, a charge of twenty-five cents is also taxable for the *notice* of taxation itself.

*Motion by plaintiff for retaxation of defendant's costs.*—The bill contained a charge for proof of service of subpœna on witnesses ; a charge for the traveling fees of a witness on the first day of the circuit, a similar charge for traveling fees of the same witness on a subsequent day in the same circuit, for which the cause was set down, the witness having in the meantime returned home. And a charge of twenty-five cents for notice of taxation of costs, in addition to the charge of fifty cents for serving the costs with notice of taxation.

J. Koon, *Plff's Counsel.*                J. Koon, *Plff's Atty.*

C. R. Richards, *Defts Counsel.*         C. R. Richards, *Defts Atty.*

Beardsley, Justice.—Held, that the proof of service of subpœna, was not taxable, it being only necessary in case of the *default* of the witness,

and there being a proper charge against him ; but, that both charges for traveling fees, and the charge of twenty-five cents for notice of taxation were properly allowed by the taxing officer.